IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SARAH REMER and CODY REMER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | EP-11-CA-142-FM |
| | § | |
| FINANCIAL RECOVERY SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER VACATING ORDER TO SHOW CAUSE

On this day, the court considered Plaintiffs Sarah Remer and Cody Remer's ("Plaintiffs") "Plaintiff's Response to Order to Show Cause" ("Response") [ECF No. 10], and Defendant Financial Recovery Services, Inc.'s ("Defendant") "Defendant's Response to the Order to Show Cause" [ECF No. 11]. The parties assert that their failure to timely file proposed scheduling orders was due to inadvertent or unintentional error, and explain that they have reached a settlement in this matter. The parties indicate that they will be filing a Joint Stipulation of Dismissal to request the court to dismiss the above-captioned case. After being apprised of all the facts and circumstances surrounding this court's "Order to Show Cause" [ECF No. 8], the court is of the opinion that said order should be and is **HEREBY VACATED**.

**SO ORDERED.**

**SIGNED this 17th day of August, 2011.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**